Alex B. Hernandez, III
Federal Defenders of Eastern Washington & Idaho
306 E. Chestnut Ave.
Yakima, WA 98901
(509) 248-8920

Attorney for Defendant
Clyde Isaac Kelly

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
The Honorable Stanley A. Bastian

| | |
|---|---|
| United States of America,<br><br>                        Plaintiff,<br><br>v.<br><br>Clyde Isaac Kelly,<br><br>                        Defendant. | No.  1:25-CR-2001-SAB<br><br>**Declaration of Counsel in Support of Sentencing Memorandum** |

Pursuant to 28 U.S.C. § 1746, I, Alex B. Hernandez, III, declare, under penalty of perjury, that the following is true and correct:

1. I am an attorney employed by the Federal Defenders of Eastern Washington and Idaho and represent Clyde Isaac Kelly.

Declaration of Alex B.
Hernandez, III - 1

2. In support of Defendant's sentencing memorandum, I am attaching to this declaration the following Exhibit:

    Exhibit A – Letter from Clyde Isaac Kelly

    Dated June 19, 2025, in Yakima County, Washington.

    Respectfully submitted,

s/Alex B. Hernandez, III
Alex B. Hernandez, 21807
Attorney for Clyde Isaac Kelly
Federal Defenders of Eastern
Washington and Idaho
306 East Chestnut Avenue
Yakima, Washington 98901
(509) 248-8920
(509) 248-9118 fax
Ben_Hernandez@fd.org

Declaration of Alex B. Hernandez, III - 2

# CERTIFICATE OF SERVICE

I certify that on June 19, 2025, I electronically filed the Declaration of Alex B. Hernandez, III, with the Clerk of the Court using the CM/ECF System which will send notification of such filing to: Thomas J. Hanlon, Assistant United States Attorney and Danniel M. Manning, U.S. Probation Officer.

<pre>
                                    s/Alex B. Hernandez, III
                                    Alex B. Hernandez III, 21807
                                    Attorney for Clyde Isaac Kelly
</pre>

Declaration of Alex B. Hernandez, III - 3

# EXHIBIT A

# LETTER FROM CLYDE ISAAC KELLY

4

June 8, 2025

HELLO YOUR HONOR I HOPE YOU ARE HAVEING A GOOD DAY READING THIS AND SEND MY UP MOST RESPECT TO YOU AND THE COURTS YOUR HONOR I WOULD LIKE TO SAY BY THIS SENTENCE I AM GOING TO GET A GOOD OUTCOME FIRST I AM GOING TO WORK ON MY GED WHILE INCARCERATED AND ALSO GET BAPTIZIED AS I CHANGE MY LIFE FOR GOD AND NOW CHANGE THE WAY I LIVE THEN WHEN I AM REALEASED TO THE HALFWAY HOUSE I PLAN ON GETTING A JOB AT A WINDOW SHOP AROUND THE HALFWAY HOUSE BEACUSE THEY PAY PRETTY GOOD AND GET A APARTMENT OR PLACE TO LIVE IN SPOKANE I DO NOT PLAN ON RETURNING TO YAKIMA DUE TO THE AMOUNT OF PEOPLE THAT DO NOT LIKE ME AND HAVE PROBLEMS WITH ME WHICH IS EVEN MORE BEACUSE I DROPPED OUT OF THE GANG I USED TO BE IN WHICH I NOW REALIZE WAS A VERY POOR CHOICE TO JOIN NOW THAT I AM OLDER AND MORE MATURE I NEVER WANTED TO GET ANOTHER FIREARM BUT I RECEIVED A DEATH THREAT FROM MY COUSINS BOYFRIEND BEACUSE I TOLD HER THAT SHE WAS BEING CHEATED ON, HE IS ADDICTIED TO ALCOHOL AND COCAINE AND HAS MULTIPLE FIRARMS SO IM NOT REALLY SURE WHAT HE IS CAPABLE OF ESPECIALLY WITH HIM KNOWING WHERE I LIVE AND EVERY FOOT OF INSIDE MY HOUSE AND DID NOT WANT TO TAKE ANY CHANCES ESPECIALLY WITH MY PARENTS LIVING THERE I MADE ATTEMPTS TO MOVE OUT OF YAKIMA AND MADE IT INTO A CLEAN AND SOBER HOUSE WHICH WAS HARD TO MAKE IT INTO BEACUSE THERE WAS A LOT OF PEOPLE TRYING TO GET IN BUT I NOW HAVE A FORSURE CHANCE NOW TO MAKE IT OUT OF YAKIMA, MY ORIGENAL PLAN WAS TO MOVE INTO A HOMELESS SHELTER AND AQUIRE A JOB IN SPOKANE AND GET A SAME DAY APARTMENT WITH THE FIRST FEW CHECKS BUT MY PROBATION DID NOT LET ME MOVE INTO A HOMELESS SHELTER BUT IT WOULD OF BEEN A BETTER ALTERNATIVE THEN YAKIMA SINCE SPOKANE IS A VERY SAFE AND STRUCTURED TOWN I WOULD ALSO LIKE TO APOLOGIZE TO THE COURT, YOU, MY FAMILY I AM SENCEARLY AND HONESTLY SORRY

I REALLY DID NOT WANT TO CARRY OR POSSES A FIREARM BUT FEARED FOR MY LIFE AND THE LIFES OF MY FAMILY AND THOUGHT IT MIGHT OF BEEN A BETTER ALTERNATIVE THEN THE DEATH PENALTY BUT FROM NOW ON I TRULY TRUST IN THE LORD TO KEEP ME SAFE THEN A PEICE OF METAL BEACUSE GOD CHOOSES WHEN YOU DIE AND IS THE ONE THING THAT CAN TRULY KEEP ONE SAFE AND WITH ME MAKING EFFORT TO CHANGE MY LIFE ONCE REALEASED I AM REALLY CONFIDENT I WILL NEVER DO ANOTHER DAY IN JAIL OR PRISON EVER AGAIN ESPECIALLY I FEEL I DID REALLY GOOD ON PROBATION THIS TIME I WAS OUT COMPARED TO THE LAST TIMES WHEN I WAS YOUNGER I CAN TRULY SAY I CHANGED AND AM A NEW PERSON READY FOR A NEW LIFE IN A NEW CITY AND WITH GOD ON MY SIDE I AM CONFIDENT AND READY FOR A SUCCESSFUL LIFE AND WOULD LIKE TO EXIT THIS LETTER BY SAYING GOD BLESS YOU AND THE COURTS YOUR HONOR AND HAVE A GOOD REST OF YOUR LIFE. SINCEIRLY, CLYDE KELLY