Alex B. Hernandez, III
Federal Defenders of Eastern Washington & Idaho
306 E. Chestnut Ave.
Yakima, WA 98901
(509) 248-8920

Attorney for Defendant
Clyde Isaac Kelly

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON
The Honorable Stanley A. Bastian

| | |
|---|---|
| United States of America,<br><br>      Plaintiff,<br><br>v.<br><br>Clyde Isaac Kelly,<br><br>      Defendant. | No. 1:25-CR-2001-SAB<br><br>**Second Declaration of Counsel in Support of Sentencing Memorandum** |

  Pursuant to 28 U.S.C. § 1746, I, Alex B. Hernandez, III, declare, under penalty of perjury, that the following is true and correct:

1. I am an attorney employed by the Federal Defenders of Eastern Washington and Idaho and represent Clyde Isaac Kelly.

Declaration of Alex B. Hernandez, III - 1

2. In support of Defendant's sentencing memorandum, I am attaching to this declaration the following Exhibit:

    Exhibit B – Letters of Support

        B:1 - Letter from Clyde C. Kelly and Berna Kelly – Father and Mother
        B:2 – Letter from Aronda Kelly – Aunt
        B:3 – Letter from Dawn Hepp – Aunt
        B:4 – Letter from Soledad Rodriguez – Aunt
        B:5 – Letter form Noemi Lopez - Cousin

Dated June 24, 2025, in Yakima County, Washington.

Respectfully submitted,

        s/Alex B. Hernandez, III
        Alex B. Hernandez, 21807
        Attorney for Clyde Isaac Kelly
        Federal Defenders of Eastern
        Washington and Idaho
        306 East Chestnut Avenue
        Yakima, Washington 98901
        (509) 248-8920
        (509) 248-9118 fax
        Ben_Hernandez@fd.org

Declaration of Alex B. Hernandez, III - 2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

CERTIFICATE OF SERVICE

I certify that on June 24, 2025, I electronically filed the Declaration of Alex B. Hernandez, III, with the Clerk of the Court using the CM/ECF System which will send notification of such filing to: Thomas J. Hanlon, Assistant United States Attorney and Danniel M. Manning, U.S. Probation Officer.

s/Alex B. Hernandez, III
Alex B. Hernandez III, 21807
Attorney for Clyde Isaac Kelly

Declaration of Alex B. Hernandez, III - 3

# EXHIBIT B

# LETTERS OF SUPPORT

B:1 – Letter from Clyde C. Kelly and Berna Kelly – Father and Mother

B:2 – Letter from Aronda Kelly – Aunt

B:3 – Letter from Dawn Hepp – Aunt

B:4 - Letter from Soledad Rodriguez – Aunt

B:5 - Letter from Noemi Lopez - Cousin

Hi my name is Clyde C Kelly I am the father of Clyde Isaac Kelly he is to go before you in Cort. It is mine and my Wife's disire that you go Ey on him because he has missed so much of his time sitting in jail. Me and the Wife would like to spend time with him. Me and Isaac talked alot of time in the pasted. He said he wants to save money and move to another City and make a life for himself, but sitting in jail gets him know were. We missed the time's sitting around watching T.V. or going places spendiing time together. We miss him on his birthday, on thanksgiving, Christmas, and all the family birthdays and B.B.Q. there is a good side to Isaac. Please help him get out he want to move to spokane there is more job opportunity's in a place like Spokane, hear its more difficalt.

Clyde C Kelly + Bosnia Kelly

6/22/25

To whom it may concern,

I am Isaac Kelly's aunt Aronda. I am writing to share a broader view of Isaac's personality and interests.

Early on he participated in Karate. His ability and discipline drew him to attend tournaments where he received awards. As he grew his artistic talents emerged. He exhibited his art in the Fair and enjoyed being creative.
He is mechanically inclined and likes to learn. He's inquisitive and likes to learn how things work.

He recently was attending church with me and his parents. He participated and showed interest on a spiritual level. In conversation he is respectful and a listener. He takes advice and considers what you say to him. He is full of potential and I believe he can be a better and successful person. Thank you for letting me share.
— ARONDA KELLY

To whom it may Concern;

    I am Isaac Kelly's aunt. I would like to say that Isaac was a happy child who grew up in a good home with loving parents who took him to church and taught him morals, manners, and respect for others. Every interaction I've ever had with Isaac throughout his life was met with kindness and respect. Isaac is a good man due to the upbringing he had as a child.

                                  Thank you,
                                    Dawn Hopp

To Whom It May Concern:

      The undersigned, Soledad Rodriguez, a U.S. Permanent Resident, hereby would like to write this letter on behalf of my nephew, Clyee Isaac Kelly.

      I would like to say that I have known my nephew since he was born. He is a good person and is very responsible with anything that he does. He cares a lot for his parents and helps them a lot. Clyee is a hard-working person. I visit him and his parents frequently and he gets along very well with my children. They have spent a lot of time together. Clyee gets along with the neighbors and anyone he meets. He is a funny and playful person with everybody. I see that he is very likeable. He's social and likes to be around people. My nephew is not a problematic person.

      I would appreciate very much your attention to this and hope you take this letter into consideration.

      And I affirm that the foregoing is true except as to statement made upon information and belief and as to those we believe to be true

Witness by my hands under the penalties of perjury this 19th day of June, 2025

Respectfully,

*Soledad Rodriguez* (signature)
Soledad Rodriguez

06/22/25

To whom it may concern,

    I would like to ask for a few minutes of your time. Clyde Issac Kelly is my cousin he has been misunderstood by some I know, but I would like to share of a time when he demonstrated to me the effort of living a sober life style. He shared with me the amount of stress he was undergoing, how hard it was for him to find work and the challenges he faced attempting to deal with high levels of what I believe to be anxiety. He wanted to very much stop being dependent to alcohol, so he asked if he could stay a few weeks at my place. I agreed to this because I very much supported his decision to sober up. Some days were harder than others but his will was there. During his free time he would seek for work, and ~~return~~ help keep my place clean in return for his stay there. I believe the intention and will to become a better version of himself is there, if given the oppurtunity to prove himself. My hopes are for him if he is released, he actively engage in positive activities and stays in good →

Consistant Connection with his assigned P.O, to help guide him in the right direction. I would also like to take the time to mention he is a good uncle to his neices and nephew, he is a good sitter and has a good heart, he has been critized by his past ~~actions~~ actions. But I believe he can break the cycle and be a testimony to others in the future, that may be facing the trials he is in now. Please consider giving him the oppurtunity to right his wrongs.

Sincerely,

Noemi Lopez