# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                  Plaintiff,<br>-vs-<br>CLYDE ISAAC KELLY,<br><br>                                  Defendant. | Case Nos.     1:22-CR-2070-SAB-1<br>                    1:25-CR-2001-SAB-1<br><br>CRIMINAL MINUTES<br><br>DATE:         JULY 1, 2025<br><br>LOCATION: YAKIMA, WA<br><br>REVOCATION OF SUPERVISED RELEASE HEARING AND SENTENCING HEARING |

| Chief Judge Stanley A. Bastian | | |
|---|---|---|
| Michelle Fox/Ruby Mendoza | 03 | Kimberly Allen |
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |
| Thomas Hanlon | | A. Ben Hernandez |
| **Government Counsel** | | **Defense Counsel** |
| **United States Probation Officer:**   Arturo Santana | | |

[ X ]  **Open Court**          [   ]  **Chambers**          [   ]  **Video/Telecon**

Defendant present and in custody of U.S. Marshal.

Defendant admitted violations 1 and 2 at the hearing on March 26, 2025.

Court outlines the case. Defendant pled guilty. Court summarizes maximum penalties and guidelines. Court has reviewed all of the materials submitted and presentence report. 13, III, 18-24 months.

No objections to the presentence report.

T. Hanlon presents argument and outlines recommendations. High end of 24 months. Supervised release case: 12-18 months. 6 months to run consecutive. Total: 30 months.

B. Hernandez presents argument and outlines recommendations. 18 months. Supervised release case: 6 months to run consecutive. Total: 24 months. Recommend FCI Sheridan, dropout yard.

Court speaks to the defendant.

[ X ]  **ORDER FORTHCOMING**

| CONVENED: 2:30 P.M. | ADJOURNED: 2:43 P.M. | TIME: 13 MIN. | CALENDARED  [ X ] |
|---|---|---|---|

*United States –vs- C. Kelly*                                                     July 1, 2025
1:22-CR-2070-SAB-1/1:25-CR-2001-SAB-1                           Page 2
Revocation of Supervised Release Hearing/Sentencing Hearing

Defendant speaks to the Court. Did write a letter to the Court.

Court speaks to the defendant. Court outlines the 3553 factors.

Imprisonment:   24 months. Credit for time served.

Supervised Release: 3 years.   With all the standard conditions and the following special conditions:

1. You must not communicate, associate, or otherwise interact, with any known criminal street gang member or their affiliates, without first obtaining the permission of the probation officer.
2. You must complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement, absent further order of the court. You must allow reciprocal release of information between the supervising officer and treatment provider. You must contribute to the cost of treatment according to your ability to pay.
3. You must submit your person, residence, office, or vehicle and belongings to a search, conducted by a probation officer, at a sensible time and manner, based upon reasonable suspicion of contraband or evidence of violation of a condition of supervision. Failure to submit to search may be grounds for revocation. You must warn persons with whom you share a residence that the premises may be subject to search.
4. You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.
5. You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.
6. You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

Court asks if defendant agrees to all conditions and does he waive the reading of the conditions.
      B. Hernandez indicates defendant waives the reading of the conditions.

SPA:  $100.00.

Fine:  Waived.


Supervised Release Case Sentence, 22-cr-2070-SAB:

Sentence:  3 months to run consecutive to 25-cr-2001-SAB. Credit for time served.

Supervised Release:  Terminate.

Waiver of right to appeal outlined.

Court will recommend the dropout yard at Sheridan.

Court asks about the Order of Forfeiture.  B. Hernandez does not have any objections.  Court will sign the Final Order of Forfeiture.