FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 01, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  1:25-CR-2001-SAB-1 |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| vs. | |
| CLYDE ISAAC KELLY, | |
| Defendant. | |

Before the Court is the United States' oral Motion for Entry of a Final Order of Forfeiture. On March 27, 2025, the Court entered the Preliminary Order of Forfeiture (ECF No. 21) in accordance with 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), forfeiting the following listed assets to the United States:

- a Helwan, 9-millimeter handgun bearing serial number 1162373

The United States published notice of the preliminary order. ECF No. 28 (publication dates March 29, 2025, through April 27, 2025).  The time for filing petitions for said assets, as provided in Fed. R. Crim. P. 32.2(c) and 21 U.S.C. § 853(n), expired on May 28, 2025, and no petitions or claims for said assets were filed (timely or not).

FINAL ORDER OF FORFEITURE ~ 1

The United States sent notice of the preliminary order of forfeiture to potential claimants on April 21, 2025. ECF No. 22. The time for filing petitions for said assets expired on May 21, 2025. To date, no petitions or claims for said assets have been filed, whether timely or not.

**ACCORDINGLY, IT IS HEREBY ORDERED** that:

1. The Government's oral Motion for Entry of a Final Order of Forfeiture is **GRANTED.**

2. The Court's March 27, 2025, Preliminary Order of Forfeiture (ECF No. 21) is **FINAL** as to any and all persons and entities; the assets are hereby forfeited to the United States.

3  The forfeited assets shall be disposed of in accordance with law.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and provide copies to counsel.

**DATED** this 1st day of July 2025.

_____
Stanley A. Bastian
Chief United States District Judge

FINAL ORDER OF FORFEITURE ~ 2