PROB 12C
(6/16)

Report Date: September 9, 2026

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 09, 2026

SEAN F. MCAVOY, CLERK

ECF No. 39

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Clyde Isaac Kelly    Case Number: 0980 1:25CR02001-SAB-1

Address of Offender: [redacted] Yakima, Washington 98901

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: July 1, 2025

Original Offense: Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g), 924(a)(2)

Original Sentence: Prison - 24 months
TSR - 36 months    Type of Supervision: Supervised Release

Asst. U.S. Attorney: Thomas J. Hanlon    Date Supervision Commenced: September 5, 2026

Defense Attorney: Alex B. Hernandez, III    Date Supervision Expires: September 4, 2029

---

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #1**: You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer tells you to report to a different probation office or within a different time frame.<br><br>**Supporting Evidence**: It is alleged that on September 8, 2026, Mr. Kelly failed to report to the probation office as instructed by his probation officer.<br><br>On September 6, 2026, the undersigned officer received a call from Mr. Kelly advising of his change in residence, stating that he was now living with his parents at 1214 S. 1st Ave. Yakima, WA 98901. At this time, Mr. Kelly was instructed to report to the U.S. Probation Office in Yakima, Washington by 10:00am on September 8, 2026 for his intake interview, and to address his unapproved change in residence. As of September 9, 2026, Mr. Kelly has yet to report to the probation office as instructed. |
| 2 | **Standard Condition #5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change. |

**Supporting Evidence**: It is alleged that on or about September 6, 2026, Mr. Kelly changed his living arrangements without prior approval from the probation officer.

On September 6, 2026, Mr. Kelly called the undersigned officer to advise that he was no longer residing at the Oxford House located at 1024 E. Illinois, Spokane, WA 99207, where he was previously approved to reside. Mr. Kelly claimed that he would now be living with his parents at 1214 S. 1st Ave. Yakima, WA 98901. At this time, Mr. Kelly was given instructions to report to the probation office in Yakima to address this violation and complete his intake interview.

Furthermore, on September 6, 2026, the undersigned officer received notice from staff at the Oxford House that Mr. Kelly had left the property unexpectedly the night before.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 9, 2026

s/Derrick Findley

Derrick Findley
U.S. Probation Officer

---

THE COURT ORDERS

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.

Stan Bastian
Signature of Judicial Officer

9/9/2026
Date