PROB 12C
(6/16)

Report Date: September 21, 2026

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 21, 2026

SEAN F. MCAVOY, CLERK

ECF No 54

# United States District Court

**for the**

**Eastern District of Washington**

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Clyde Isaac Kelly    Case Number: 0980 1:25CR02001-SAB-1

Address of Offender: [redacted] Yakima, Washington 98901

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: July 1, 2025

Original Offense: Felon in Possession of a Firearm, 18 U.S.C. § 922(g), 924(a)(2)

Original Sentence: Prison - 24 months
TSR - 36 months    Type of Supervision: Supervised Release

Asst. U.S. Attorney: Thomas J. Hanlon    Date Supervision Commenced: September 5, 2026

Defense Attorney: Alex B. Hernandez, III    Date Supervision Expires: September 4, 2029

---

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on September 9, 2026.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition #5**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.<br><br>**Supporting Evidence**: On September 14, 2026, the defendant provided a urine sample in U.S. Marshals custody prior to his initial appearance, and results were presumptive positive for alcohol and fentanyl. The defendant verbally admitted to consuming alcohol; however, denied fentanyl use. The urine sample was sent to the contracted vendor for confirmation and results are currently pending. |

The U.S. Probation Office respectfully recommends the Court incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 21, 2026

s/Derrick Findley

Derrick Findley
U.S. Probation Officer

---

THE COURT ORDERS

[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.

Stan Bastian
Signature of Judicial Officer

9/21/2026
Date